UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHANDRA BAILEY-TODD, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| v. | ) | Circuit Court of the City of St. Louis, |
| | ) | Missouri |
| THE WASHINGTON UNIVERSITY, | ) | Cause No. 1422-CC00239 |
| d/b/a Washington University in St. Louis, | ) | Div. 1 |
| a domestic corporation, and | ) | |
| CYNTHIA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

TO:   Mr. Bret Kleefuss                         Ms. Kristin Whittle Parke
      Law Offices of Derald L. Gab, P.C.        11901 Olive Blvd., Suite 200
      1708 Olive, St. Louis, MO 63103           First Bank Building
                                                St. Louis, MO 63141

Please take notice that on February 27, 2014, defendants The Washington University and Cynthia Williams are removing this action, which is currently pending in the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri.  Copies of the Notice of Removal and the Acknowledgement of the Notice of Removal are enclosed herewith.

Dated:  February 27, 2014

KOHN, SHANDS, ELBERT,
GIANOULAKIS & GILJUM, LLP

/s/ Mark J. Bremer
Mark J. Bremer #24696MO
Kevin Anthony Sullivan #55140MO
1 North Brentwood Blvd., Suite 800
St. Louis, MO 63105
(314) 241-3963
(314) 241-2509 (fax)
mbremer@ksegg.com
ksullivan@ksegg.com

Attorneys for defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27 day of February, 2014, that a copy of the foregoing was mailed, postage prepaid, to Bret Kleefuss, Law Offices of Derald L. Gab, P.C., 1708 Olive, St. Louis, MO 63103, and Kristin Whittle Parke, 11901 Olive Blvd., Suite 200, First Bank Building, St. Louis, MO 63141.

/s/ Mark J. Bremer
