UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHANDRA BAILEY-TODD, ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | No. 4:14CV00384 TIA |
| v. ) | |
| ) | |
| THE WASHINGTON ) | |
| UNIVERSITY, et al., ) | |
| Defendants/Counterclaimants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the parties' Joint Motion to Amend the Case Management Order, (ECF No. 26); Plaintiff's Motion to Compel Responses to her First Request For Production Of Documents, (ECF No. 27), Defendants' Motion To Strike Plaintiff's Motion To Compel Discovery Responses, (ECF No. 30), Plaintiff's Motion to Withdraw her Motion to Compel, (ECF No. 33), and Defendants' Motion to Withdraw their Motion To Strike Plaintiff's Motion To Compel, (ECF No. 34).

Upon consideration of these motions and the memoranda in support thereof,

I.    **IT IS HEREBY ORDERED**, for good cause shown, that the parties' Joint Motion to Amend the Case Management Order is **GRANTED**.   (ECF No. 26)

**IT IS FURTHER ORDERED** that the deadlines in the Case Management Order and Scheduling Plan shall be extended as follows:

(a) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than **April 30, 2015**, and shall make expert witnesses available for depositions no later than **May 29, 2015**. (CMO ¶ I.3(d)).

(b) Defendant shall disclose all expert witnesses and provide the reports required by Rule

26(a)(2), no later than **June 30, 2015**, and shall make expert witnesses available for deposition no later than **July 31, 2015** (CMO I.3(e)).

(c) Requests for physical or mental examinations of parties pursuant to Rule 35, shall be made no later than **June 30, 2015**, and any such examination shall be completed on or before **July 31, 2015**. (CMO ¶ I.3(g))

(d) The parties shall complete all non-expert discovery in this case no later than **March 6, 2015** (CMO ¶ I.3(h)).

(e) This case shall be referred to alternative dispute resolution on **July 6, 2015**, and that reference shall terminate on **August 14, 2015.** (CMO ¶ I.4).

(f) Any motions to dismiss, for summary judgment, or *Daubert* motions, or motions for judgment on the pleadings must be filed no later than **May 1, 2015**. Briefing of such motions shall be governed by E.D.Mo. L.R. 4.01 (CMO ¶ I.5).

Pursuant to the parties' request,

**IT IS FURTHER ORDERED** that the current trial setting is **VACATED** and the case is set for a jury trial on **Monday, December 7, 2015.**

II. With respect to Plaintiff's Motion to Compel Responses to her First Request for Production of Documents and the related motions,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw her Motion to Compel her First Request for Production of Documents, is **GRANTED.** (ECF No. 33),

and therefore,

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Responses to her First

2

Request for Production of Documents and Defendants' Motion to Strike Plaintiff's Motion to Compel Discovery Responses are **DENIED as moot**. (ECF Nos. 27 & 30)

**IT IS FINALLY ORDERED** that Defendants' Motion to Withdraw their Motion to Strike Plaintiff's Motion to Compel is **GRANTED**. (ECF No. 34)

Dated this 4th day of February, 2015.

>                         */s/ Terry I. Adelman*
>                         TERRY I. ADELMAN
>                         UNITED STATES MAGISTRATE JUDGE